UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EQUAL ACCESS FOR ALL, INC.,**
**a Florida not-for-profit corporation, and**
**JOE HOUSTON, an individual,**

    **Plaintiffs,**

v.                                             Case No.  8:04-cv-2576-T-30TGW

**GABRIEL PROPERTIES, INC.,**
**a Florida corporation,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Plaintiffs' and Defendant's joint Stipulation for Approval and Entry of Settlement Agreement and Dismissal of Case with Prejudice (Dkt. #16-1) and the attached Settlement Agreement (Dkt. #16-2).  The Court, having considered the joint stipulation for settlement and settlement agreement filed by the parties, and being otherwise advised of the premises therein, finds that the Settlement Agreement (Dkt. #16-2) does not require the Defendant to fix and/or remedy the architectural barriers, if any, existing at the Defendant's property that constitute alleged violations of the Americans With Disabilities Act ("ADA").  Additionally, Plaintiff's attorney has not submitted a request for attorney's fees and costs for this Court's review and approval as required by this Court's order(s) (See Dkts.#6 and #15).

It is therefore **ORDERED AND ADJUDGED** that:

1. The joint Stipulation for Approval and Entry of Settlement Agreement and Dismissal of Case With Prejudice (Dkt. 16-1) is DENIED WITHOUT PREJUDICE.

2. The settlement agreement between the parties should set forth the manner in which the Defendant is to fix and/or remedy the architectural barriers, if any, existing at the Defendant's property that constitute alleged violations of the ADA.

3. Plaintiff's attorney must submit a request for attorney's fees, expert fees and costs for approval by this Court.

4. This Court retains jurisdiction over this matter in accordance with this Court's Order (Dkt. #15) entered on January 5, 2006.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2576.deny settlement stip.frm