UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EQUAL ACCESS FOR ALL, INC.,**
et al.,

    Plaintiffs,

v.                                                                  Case No.  8:04-cv-2576-T-30TGW

**GABRIEL PROPERTIES, INC.,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Attorneys' Fees, Expert Fees and Costs (Dkt. #18-1).  The Court having considered the motion, exhibits, and being otherwise advised in the premises, finds that Plaintiffs' motion should be granted in part and denied in part as stated herein.

### Background

On January 9, 2006, the parties filed a Stipulation for Approval and Entry of Settlement Agreement and Dismissal of Case With Prejudice (Dkt. #16-1).  The Settlement Agreement was attached as an exhibit to the parties' stipulation.  Upon a review of the Settlement Agreement, the Court concluded that the Settlement Agreement does not require the Defendant to fix and/or remedy the architectural barriers, if any, existing at the Defendant's property that constitute alleged violations of the ADA.  As a result, on January 23, 2006, the Court entered an Order denying the parties' stipulation without prejudice.  The

parties were instructed to set forth the manner in which the Defendant is to fix and/or remedy the architectural barriers, if any, existing at the Defendant's property that constitute alleged violations of the ADA. In addition, the Court ordered Plaintiffs to submit a request for attorney's fees, expert fees and costs for approval by this Court.

Plaintiffs and Defendant have failed to fully complete the instructions provided by this Court's Order entered on January 23, 2006 (Dkt. #17). Accordingly, the parties' Stipulation for Approval and Entry of Settlement and Dismissal of Case With Prejudice, and the incorporated Settlement Agreement remain unapproved by this Court. Nevertheless, this Court will consider Plaintiffs' pending Motion for Attorneys' Fees, Expert Fees and Costs at this time.

### Plaintiffs' Attorneys' Fees, Expert's Fees and Costs.

The billing records (Dkt. #18-3) attached to Plaintiffs' motion indicate that Plaintiffs incurred attorneys' fees, expert's fees, and costs in the total amount of $7,350.00. According to the records, Plaintiffs' attorney worked 19.2 hours at a rate of $250.00 per hour for a total of $4,800.00 in attorneys' fees, Plaintiffs incurred costs in the amount of $200.00, and Plaintiffs' expert's fees totaled $2,350.00. However, the parties have agreed in their Settlement Agreement that Defendant shall pay Plaintiffs' counsel, Fistel & Rogatinsky, LLP, for Plaintiffs' attorneys' fees, expert's fees, litigation expenses, and costs incurred in this matter, in the reduced total amount of $3,750.00, payable only after approval of the Settlement Agreement by this Court and upon dismissal of this case with prejudice.

Applying the reduction agreed upon by the parties, the Court concludes that a fee in the total amount of $3,750.00, for Plaintiffs' attorneys' fees, expert's fees, and costs in this matter is a reasonable and appropriate fee under the circumstances of this case.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Attorneys' Fees, Expert Fees and Costs (Dkt. #18-1) is GRANTED IN PART AND DENIED IN PART as stated herein.

2. The Court retains jurisdiction over this matter in accordance with this Court's Order(s) (Dkts. #15 and 17), respectively entered on January 5, 2006, and January 23, 2006.

3. The parties shall advise the Court within eleven (11) days of the entry of this Order as to the manner in which Defendant is to fix and/or remedy the architectural barriers, if any, existing at the Defendant's property that constitute an alleged violation of the ADA.

4. Defendant is not authorized to pay Plaintiffs' attorneys' fees, expert's fees and/or costs, until the parties explain to this Court's satisfaction how and when the barriers, if any, constituting an alleged violation of the ADA are going to be remedied.

**DONE** and **ORDERED** in Tampa, Florida on April 18, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2576.atty fees ex cost.wpd