**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EQUAL ACCESS FOR ALL, INC.,**
et al.,

      **Plaintiffs,**

v.                                   Case No.  8:04-cv-2576-T-30TGW

**GABRIEL PROPERTIES, INC.,**

      **Defendant.**
_____/

## ORDER

      THIS CAUSE comes before the Court upon the Parties' Joint Response to Court Order (Dkt. #20), and Stipulation for Approval and Entry of Settlement Agreement and Dismissal of Case with Prejudice (Dkt. #16).  The Court, having considered the response of the parties, and being otherwise advised in the premises, finds that the parties' settlement agreement is approved in its entirety.

      It is therefore ORDERED AND ADJUDGED that:

1.      The parties settlement agreement is APPROVED in its entirety.

2.      This case is DISMISSED with prejudice.

      **DONE** and **ORDERED** in Tampa, Florida on May 9, 2006.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2576.stip dismiss20.wpd